PALM, FECHTELER & COMPANY, Respondent, *v.* FRANK
FECHTELER et al., Appellants.

*Palm, Fechteler & Co.* v. *Fechteler*, 165 App. Div. 989, appeal
dismissed.
(Submitted October 16, 1916; decided October 24, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1915, affirming a
judgment in favor of plaintiff.

The motion was made upon the ground that the
defendant Fechteler had died pending the appeal; that no
person had been substituted in his place or stead; that no
executor or administrator of his estate had been appointed;
that upon the return of an order to show cause duly
served upon all persons interested in the decedent's estate
no one had appeared in opposition to the motion and that
the other appellant had consented to dismissal of · the
appeal.

*Edward B. Boise* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.